|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  21cr2996-H |
|---|---|
| Plaintiff, | FINAL ORDER OF CRIMINAL FORFEITURE AS TO DEFENDANT AND ALL POTENTIAL THIRD PARTIES |
| v. | |
| MONICA ALICIA IBANEZ (4), Defendant. | |

On February 7, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MONICA ALICIA IBANEZ ("Defendant") in one (1) black firearm suppressor pursuant to Title 26, United States Code, Section 5872.

For thirty (30) consecutive days ending on March 29, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearm suppressor in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the firearm suppressor.

There were no potential third parties known to the United States to have alleged an interest in the forfeited firearm suppressor. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited firearm suppressor described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of MONICA ALICIA IBANEZ and any and all third parties in one (1) black firearm suppressor is hereby condemned, forfeited and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited firearm suppressor according to law.

DATED: 7/20/2023

Hon. Marilyn Huff
United States District Court Chief Judge